ACCEPTED
04-15-00124-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/13/2015 9:56:02 AM
KEITH HOTTLE
CLERK

## Nos. 04-15-00124-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **FOURTH JUDICIAL DISTRICT** |
| **HECTOR RAMIREZ GUTIERREZ** | § | **BEXAR COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/13/15 9:56:02 AM
KEITH E. HOTTLE
Clerk

### MOTION FOR EXTENSION OF TIME
### TO FILE MOTION TO DISMISS APPEAL

From the 226th District Court of Bexar County, Texas
Trial Court No. 2013-CR-2894-W1
Hon. Kevin O'Connell, Judge Presiding

In accordance with Tex. R. App. P. 10.5(b), the undersigned submits the following:

Appellant's signed motion to dismiss was due to be filed on Wednesday September 30, 2015. After receiving notification from this Court that Appellant did not need to have his motion to dismiss notarized, counsel notified Appellant's wife, who had been facilitating contact between Appellant, who is in Mexico, and counsel. Since that time, counsel had been unable to contact Appellant or his wife, through either telephone or email. However, Counsel was able to contact Appellant's wife this afternoon. She advised counsel that Appellant had mailed out the documents two to three weeks ago. Counsel is still hopeful he will receive the documents soon.

Counsel for Appellant respectfully requests, that he be granted an extension of fifteen (15) days to try to secure the required documents from Appellant.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant the requested extension.

Respectfully submitted,

Robert A. Jimenez
De Mott, McChesney, Curtright & Armendariz, LLC.
800 Dolorosa Street, Suite 100
San Antonio, Texas 78207
210/354-1844
210/212-2116 - fax

By: /s/ Robert A. Jimenez
SBN: 24059125

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 12th day of October, 2015 a copy of the foregoing "Motion for Extension of Time to File Appellant's Opening Brief" has been electronically filed with this Court, and will be served to the Bexar County District Attorney's Office on October 12, 2015.


<u>/s/ ROBERT A. JIMENEZ</u>